FILED
9/30/22
Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **PHILIP W. HAWES,** <br><br> Defendant. | **VIOLATIONS:** <br> **E1383284** <br> **E1383285** <br> **E1383286** <br> **Location Code: M13** <br><br> **ORDER** |

Upon unopposed motion of the United States and for good cause shown, **IT IS ORDERED** that the initial appearance in this case currently scheduled for October 6, 2022 is **VACATED and RESCHEDULED** for 9:00 a.m. on December 8, 2022, at the Missouri River Courthouse in Great Falls, Montana.

DATED this 30th day of  September , 2022.

_____
John Johnston
United States Magistrate Judge