# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILIP W. HAWES,<br><br>Defendant. | PO-22-5146-GF-JTJ<br><br>VIOLATIONS:<br>E1383284<br>E1383285<br>E1383286<br>Location Code: M13<br><br>ORDER |

Upon unopposed motion of the United States and for good cause shown, **IT IS ORDERED** that the above citations are **DISMISSED.  IT IS FURTHER ORDERED** that the initial appearance scheduled for December 8, 2022 at 9:00 in Great Falls, Montana is **VACATED**.

DATED this 5th day of October, 2022.

_____
John Johnston
United States Magistrate Judge